Tampa and Jacksonville Railway Company, a Corporation, Appellant, v. Edward L. Anderson, Appellee.
(Supreme Court of Florida, Division A; April 20, 1908.)

F. M. Simonton, for appellant;

H. L. Anderson and H. M. Hampton, for appellee.

Appeal from Circuit Court, Marion county; William S. Bullock, Judge.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. Decree affirmed upon the authority of the case of Tampa and Jacksonville Railway Co. v. Harrison, trustee, decided this day.